UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CRUZ VARGAS, | : | CIVIL ACTION NO. 3:CV-12-2207 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | FILED SCRANTON |
| DAVID A. VARANO, et al., | : | JAN 2 3 2014 |
| Defendants | : | PER _____ DEPUTY CLERK |

ORDER

**AND NOW, THIS 23rd DAY OF JANUARY, 2014,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED** under Federal Rule of Civil Procedure 41(b) for failure to prosecute and to comply with a Court Order.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

_____
United States District Judge